UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LIZA GERSHMAN, et al.,

    Plaintiffs,

  v.

BAYER HEALTHCARE LLC,

    Defendant.

Case No. 14-cv-05332-HSG

**SCHEDULING ORDER**

A case management conference was held on June 2, 2015. The Court set the following deadlines:

| Event | Date |
|---|---|
| Deadline for Plaintiff to File Revised Second Amended Complaint | June 5, 2015 |
| Deadline to File Motion for Class Certification | December 10, 2015 |
| Deadline to File Opposition to Motion for Class Certification | February 11, 2016 |
| Deadline to File Reply in Support of Motion for Class Certification | March 24, 2016 |
| Last Day to Hear Motion for Class Certification | April 7, 2016 |

The parties are further directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: June 5, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge