Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, California  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

Eugene A. Schoon (*pro hac vice*)
eschoon@sidley.com
Kara L. McCall (*pro hac vice*)
kmccall@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL  60603
Telephone: (312) 853-7000
Facsimile:  (312) 853-7036

*Attorneys for Bayer HealthCare, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LIZA GERSHMAN, SEAN PORTER, MATTHEW KAPLAN, and CHANDRA LAW, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No. 3:14-cv-05332-HSG<br><br>**ORDER GRANTING STIPULATED ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr. |

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | **Pursuant to the stipulation, it is so ordered.** |
| 3 | Dated: July 29, 2015 |
| 4 | |
| 5 | Judge Haywood S. Gilliam, Jr. |