Elaine A. Ryan (*Admitted Pro Hac Vice*)
eryan@bffb.com
Patricia N. Syverson (SBN 203111)
psyverson@bffb.com
BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
2325 E. Camelback Rd., Suite 300
Phoenix, AZ  85016
Telephone:  (602) 274-1100

*Attorneys for Plaintiff*

Ryan Sandrock (CA Bar 251781)
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:     (415) 772-1200
Facsimile:      (415) 772-7400

*Attorney for Defendant Bayer HealthCare, LLC*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIZA GERSHMAN, On Behalf of Herself and All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BAYER HEALTHCARE, LLC. a Delaware Limited Liability Company,<br><br>　　　　　　Defendant. | Case No. **3:14-cv-05332-HSG**<br><br>**JOINT STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**<br><br>**Judge:  Hon. Haywood S. Gilliam, Jr.** |

Plaintiff Liza Gershman ("Plaintiff") and Defendant Bayer HealthCare, LLC ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, the Court entered a Scheduling Order on June 5, 2015 (Doc. 61), setting certain deadlines in the case, including deadlines for the class certification submissions and a class certification hearing;

WHEREAS, the discovery process in this case has been ongoing but at a slower pace than initially expected, in part as a result of the time necessary to undertake and complete the electronic document review;

WHEREAS, the Parties believe that additional time (approximately three months) is necessary to complete Defendant's document production, to allow Plaintiffs to review the production in its entirety, and for both Parties to prepare for and take depositions of witnesses (including the plaintiffs) for purposes of supporting and opposing class certification;

WHEREAS, the Parties agree that because additional time is needed for purposes of addressing class certification, adjustments are needed to the deadlines set forth in the Court's June 5, 2015 Scheduling Order;

WHEREAS, the Parties met and conferred, and have agreed to a 90-day extension regarding class certification and related deadlines.

**IT IS HEREBY STIPULATED by the Parties, by and through their counsel, subject to the Court's approval,** that the Scheduling Order dated June 5, 2015 be amended as follows:

| Event | Date |
| --- | --- |
| Deadline to File Motion for Class Certification | March 9, 2016 |
| Deadline to File Opposition to Motion for Class Certification | May 11, 2016 |
| Deadline to File Reply in Support of Motion for Class Certification | June 22, 2016 |
| Last Day to Hear Motion for Class Certification | July 18, 2016 |

Dated: December 3, 2015             BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

By:    */s/ Patricia N. Syverson*
         Elaine A. Ryan *(Admitted Pro Hac Vice)*
         eryan@bffb.com

|   |   |
|---|---|
| 1 | Patricia N. Syverson (203111) |
|   | psyverson@bffb.com |
| 2 | 2325 E. Camelback Rd. Suite 300 |
|   | Phoenix, AZ 85016 |
| 3 |   |
|   | BONNETT, FAIRBOURN, FRIEDMAN & |
| 4 | BALINT, P.C. |
|   | Manfred P. Muecke (222893) |
| 5 | mmuecke@bffb.com |
|   | 600 W. Broadway, Suite 900 |
| 6 | San Diego, CA  92101 |

Patricia N. Syverson (203111)
psyverson@bffb.com
2325 E. Camelback Rd. Suite 300
Phoenix, AZ 85016

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
Manfred P. Muecke (222893)
mmuecke@bffb.com
600 W. Broadway, Suite 900
San Diego, CA  92101

BOODELL & DOMANSKIS, LLC
Stewart M. Weltman (*Admitted Pro Hac Vice*)
sweltman@boodlaw.com
Max A Stein (*Admitted Pro Hac Vice*)
mstein@boodlaw.com
Nada Djordjevic (*Admitted Pro Hac Vice*)
ndjordjevic@boodlaw.com
353 North Clark Street, Suite 1800
Chicago, IL 60654

SIPRUT PC
Joseph Siprut (*To be Admitted Pro Hac Vice*)
17 North State Street
Suite 1600
Chicago, IL  60602

*Attorneys for Plaintiff Liza Gershman*

Dated:  December 3, 2015          SIDLEY AUSTIN LLP

                                  By:     /s/Kara L. McCall
                                          Ryan Sandrock (CA Bar 251781)
                                          rsandrock@sidley.com
                                          Sidley Austin LLP
                                          555 California Street, Suite 2000
                                          San Francisco, CA 94104

                                          Kara L. McCall (*Admitted Pro Hac Vice*)
                                          kmccall@sidley.com
                                          Eugene A. Schoon (*Admitted Pro Hac Vice*)
                                          eschoon@sidley.com

                                  *Counsel for Defendant Bayer HealthCare, LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED EXCEPT THAT THE LAST DAY TO HEAR MOTION FOR CLASS CERTIFICATION IS JULY 21, 2016.**

Dated:  December 4, 2015

                                  *[signature: Haywood S. Gilliam Jr.]*
                                  Hon. Haywood S. Gilliam, Jr.

3
JOINT STIPULATION AND ~~PROPOSED~~ ORDER TO AMEND SCHEDULING ORDER
CASE NO. 14-CV-05332

**CERTIFICATION OF APPROVAL OF CONTENT**

Counsel for Plaintiff, Patricia Syverson, certifies that, pursuant to Section 2.f.4 of the Court's CM/ECF Administrative Policies, Defendant's Counsel, Kara McCall, has reviewed the contents of the foregoing, and authorized placement of her electronic signature on this document.

DATED: December 3, 2015            BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

By:   */s/ Patricia N. Syverson*
      2325 E. Camelback Rd. Suite 300
      Phoenix, AZ 85016
      psyverson@bffb.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 3, 2015, a true and correct copy of the following document was electronically filed and served on all counsel of record who are deemed to have consented to electronic service via the Court's CM-ECF system:

**JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER**

Pursuant to the CM/ECF system, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. Any other counsel of record will be served by electronic mail and U.S. mail.

                                                                                              _/s/ Patricia N. Syverson_
                                                                                              Patricia N. Syverson
                                                                                              *Counsel for Plaintiff*