UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LIZA GERSHMAN, et al., | |
|---|---|
| Plaintiffs, | Case No. 14-cv-05332-HSG |
| v. | **ORDER GRANTING STIPULATION TO AMEND SCHEDULING ORDER** |
| BAYER HEALTHCARE LLC, | Re: Dkt. No. 78 |
| Defendant. | |

On February 24, 2016, Plaintiff Liza Gershman and Defendant Bayer Healthcare, LLC filed a joint stipulation to further amend the scheduling order. Dkt. No. 78.

The Court hereby GRANTS the stipulation with the following modification:

- The last day to hear the class certification motion will be on September 22, 2016, at 2:00 p.m.

For clarity, the complete schedule is shown below.

| Event | Date |
|---|---|
| Deadline to File Motion for Class Certification | May 11, 2016 |
| Deadline to File Opposition to Motion for Class Certification | July 13, 2016 |
| Deadline to File Reply in Support of Motion for Class Certification | August 24, 2016 |
| Last Day to Hear Motion for Class Certification | September 22, 2016 at 2:00 p.m. |

**IT IS SO ORDERED.**

Dated: 3/1/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge