BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Patricia N. Syverson (CA SBN 203111)
Manfred P. Muecke (CA SBN 222893)
600 W. Broadway, Suite 900
San Diego, California 92101
psyverson@bffb.com
mmuecke@bffb.com
Telephone: (619) 798-4593

(Additional counsel appear on signature page)

*Attorneys for Plaintiffs*

Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

(Additional counsel appear on signature page)

*Attorneys for Bayer HealthCare, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LIZA GERSHMAN, SEAN PORTER, MATTHEW KAPLAN, and CHANDRA LAW, On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> BAYER HEALTHCARE, LLC, a Delaware Limited Liability Company, <br><br> Defendant. | Case No. 3:14-cv-05332-HSG <br><br> **NOTICE OF SETTLEMENT** <br><br> Judge: Hon. Haywood S. Gilliam, Jr. |

The Parties hereby give notice to the Court that they have settled this matter. The Parties are obtaining signatures on the Settlement Agreement and preparing a stipulation for dismissal with prejudice under Federal Rule of Civil Procedure 41(a). The Parties anticipate that this stipulation will be filed by August 1, 2016.

Dated: July 18, 2016

s/ *Patricia N. Syverson*
BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Patricia N. Syverson (CA SBN 203111)
psyverson@bffb.com
Manfred P. Muecke (CA SBN 222893)
mmuecke@bffb.com
600 W. Broadway, Suite 900
San Diego, California 92101
Telephone: (619) 798-4593

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Elaine A. Ryan (*Admitted Pro Hac Vice*)
eryan@bffb.com
2325 E. Camelback Rd. Suite 300
Phoenix, AZ 85016
Telephone: (602) 274-1100

BOODELL & DOMANSKIS, LLC
Stewart M. Weltman (*Admitted Pro Hac Vice*)
sweltman@boodlaw.com
Max A. Stein (*Admitted Pro Hac Vice*)
mstein@boodlaw.com
One North Franklin, Suite 1200
Chicago, IL 60606
Telephone: 312-938-1670

SIPRUT PC
Joseph Siprut (*To be Admitted Pro Hac Vice*)
17 North State Street
Suite 1600
Chicago, IL 60602
Telephone: 312.236.0000

|   |   |
|---|---|
|   | HARKE CLASBY & BUSHMAN LLP |
|   | Lance A. Harke, P.A. (*To be Admitted Pro Hac Vice*) |
|   | lharke@harkeclasby.com |
|   | Sarah Clasby Engel, P.A. (*To be Admitted Pro Hac Vice*) |
|   | sengel@harkeclasby.com |
|   | Howard M. Bushman, P.A. (*To be Admitted Pro Hac Vice*) |
|   | hbushman@harkeclasby.com |
|   | 9699 NE Second Avenue |
|   | Miami Shores, Florida 33138 |
|   | Telephone: (305) 536-8220 |
|   | |
|   | *Attorneys for Plaintiffs* |
| Dated:  July 18, 2016 | /s/ *Ryan M. Sandrock* |
|   | Ryan M. Sandrock (SBN 251781) |
|   | rsandrock@sidley.com |
|   | SIDLEY AUSTIN LLP |
|   | 555 California Street |
|   | Suite 2000 |
|   | San Francisco, California 94104 |
|   | Telephone: (415) 772-1200 |
|   | Facsimile: (415) 772-7400 |
|   | |
|   | Eugene A. Schoon (*pro hac vice*) |
|   | eschoon@sidley.com |
|   | Kara L. McCall (*pro hac vice*) |
|   | kmccall@sidley.com |
|   | SIDLEY AUSTIN LLP |
|   | One South Dearborn Street |
|   | Chicago, IL 60603 |
|   | Telephone: (312) 853-7000 |
|   | Facsimile: (312) 853-7036 |
|   | |
|   | *Attorneys for Bayer HealthCare, LLC* |

### SIGNATURE CERTIFICATION

Pursuant to Rule 5-1(i)(3) of the United States District Court for the Northern District of California Local Rules, I hereby certify that the content of this document is acceptable to Ryan M. Sandrock, counsel for Bayer HealthCare, LLC, and that I have obtained his authorization to affix his electronic signature to this document.

Dated:  July 18, 2016

> BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
>
> By: */s/ Patricia N. Syverson*
>      Patricia N. Syverson

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2016 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic mail notice list, and I hereby certify that I have mailed the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 18, 2016.

>/s/*Patricia N. Syverson*
>Patricia N. Syverson (203111)
>BONNETT FAIRBOURN FRIEDMAN
>& BALINT
>600 W. Broadway, Ste. 900
>San Diego, CA  92101
>(619) 798-4593