BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Patricia N. Syverson (CA SBN 203111)
Manfred P. Muecke (CA SBN 222893)
600 W. Broadway, Suite 900
San Diego, California 92101
psyverson@bffb.com
mmuecke@bffb.com
Telephone: (619) 798-4593
(Additional counsel appear on signature page)

*Attorneys for Plaintiffs*

Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
(Additional counsel appear on signature page)

*Attorneys for Bayer HealthCare, LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| LIZA GERSHMAN, SEAN PORTER, MATTHEW KAPLAN, and CHANDRA LAW, On Behalf of Themselves and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE, LLC, a Delaware Limited Liability Company,<br><br>        Defendant. | Case No. 3:14-cv-05332-HSG<br><br>**STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(A) AND FOR RETENTION OF JURISDICTION OVER ACTION TO ENFORCE SETTLEMENT**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a), by

Plaintiffs on the one hand, and Defendants on the other hand, through their respective counsel of

record, that the above-captioned action is dismissed with prejudice in its entirety, with each party to

bear its own attorneys' fees and costs.  The Parties have entered into a confidential settlement of this matter on an individual/non-class basis.  This settlement was prompted, in part, by the fact that the product that was the subject of the litigation is no longer on the market.  If, however, the Court desires to review the settlement agreement, the Parties will provide the Court with a copy of the Settlement Agreement for *in camera* review.

IT IS FURTHER STIPULATED by and between Plaintiffs and Defendants that the Court shall retain jurisdiction over this action following its dismissal for the sole purpose of enforcing the Parties' settlement.

Dated:  August 1, 2016

s/ *Patricia N. Syverson*
BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Patricia N. Syverson (CA SBN 203111)
Manfred P. Muecke (CA SBN 222893)
600 W. Broadway, Suite 900
San Diego, California 92101
psyverson@bffb.com
mmuecke@bffb.com
Telephone: (619) 798-4593

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Elaine A. Ryan (*Admitted Pro Hac Vice*)
2325 E. Camelback Rd. Suite 300
Phoenix, AZ 85016
eryan@bffb.com
Telephone: (602) 274-1100

BOODELL & DOMANSKIS, LLC
Stewart M. Weltman (*Admitted Pro Hac Vice*)
Max A. Stein (*Admitted Pro Hac Vice*)
mstein@boodlaw.com
One North Franklin, Suite 1200
Chicago, IL 60606
Telephone:  312-938-1670

SIPRUT PC
Joseph Siprut (*To be Admitted Pro Hac Vice*)
17 North State Street
Suite 1600
Chicago, IL 60602
Telephone: 312.236.0000

1    HARKE CLASBY & BUSHMAN LLP
     Lance A. Harke, P.A. (*To be Admitted Pro Hac*
2    *Vice*)
     lharke@harkeclasby.com
3    Sarah Clasby Engel, P.A. (*To be Admitted Pro Hac Vice*)
     sengel@harkeclasby.com
4    Howard M. Bushman, P.A. (*To be Admitted Pro*
     *Hac Vice*)
5    hbushman@harkeclasby.com
     9699 NE Second Avenue
6    Miami Shores, Florida 33138
     Telephone: (305) 536-8220
7
     *Attorneys for Plaintiffs*
8
     /s/ Ryan M. Sandrock
9    Dated:  August 1, 2016    Ryan M. Sandrock (SBN 251781)
     rsandrock@sidley.com
10    SIDLEY AUSTIN LLP
     555 California Street
11    Suite 2000
     San Francisco, California 94104
12    Telephone: (415) 772-1200
     Facsimile: (415) 772-7400
13
     Eugene A. Schoon (*pro hac vice*)
14    eschoon@sidley.com
     Kara L. McCall (*pro hac vice*)
15    kmccall@sidley.com
     SIDLEY AUSTIN LLP
16    One South Dearborn Street
     Chicago, IL 60603
17    Telephone: (312) 853-7000
     Facsimile: (312) 853-7036
18
     *Attorneys for Bayer HealthCare, LLC*
19
     **SIGNATURE CERTIFICATION**
20
21         Pursuant to Rule 5-1(i)(3) of the United States District Court for the Northern District of

22    California Local Rules, I hereby certify that the content of this document is acceptable to Ryan M.

23    Sandrock, counsel for Defendant, and that I have obtained his authorization to affix his electronic

24    signature to this document.

25    Dated:  August 1, 2016
                                   BONNETT, FAIRBOURN, FRIEDMAN &
26                                 BALINT, P.C.

27                                 By: /s/ Patricia N. Syverson
                                       Patricia N. Syverson
28

                                   2

1

PURSUANT TO STIPULATION, IT IS ORDERED:

2

3

(1) The above-captioned action is dismissed with prejudice in its entirety, with each party

to bear its own attorneys' fees and costs.

4

5

(2) The Court shall retain jurisdiction over this action following its dismissal for the sole

6

purpose of enforcing the Parties' settlement.

7

8

9

10

Dated: _____

_____

11

Hon. Haywood S. Gilliam, Jr.
United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

     I hereby certify that on August 1, 2016 I electronically filed the foregoing with the Clerk of

3

the Court using the CM/ECF system which will send notification of such filing to the e-mail

4

addresses denoted on the Electronic mail notice list, and I hereby certify that I have mailed the

5

foregoing document via the United States Postal Service to the non-CM/ECF participants indicated

6

on the Manual Notice List.

7

     I certify under penalty of perjury under the laws of the United States of America that the

8

foregoing is true and correct.  Executed on August 1, 2016.

9

                           /s/*Patricia N. Syverson*

10

                           Patricia N. Syverson (203111)
BONNETT FAIRBOURN FRIEDMAN

11

& BALINT
600 W. Broadway, Ste. 900

12

San Diego, CA  92101
(619) 798-4593

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(A) AND FOR RETENTION OF
JURISDICTION OVER ACTION TO ENFORCE SETTLEMENT -- CASE NO. 3:14-CV-05332-HSG