| | |
|---|---|
| 1 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| 2 | Patricia N. Syverson (CA SBN 203111) |
|   | Manfred P. Muecke (CA SBN 222893) |
| 3 | 600 W. Broadway, Suite 900 |
|   | San Diego, California 92101 |
| 4 | psyverson@bffb.com |
|   | mmuecke@bffb.com |
| 5 | Telephone: (619) 798-4593 |
|   | (Additional counsel appear on signature page) |

*Attorneys for Plaintiffs*

Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
(Additional counsel appear on signature page)

*Attorneys for Bayer HealthCare, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| LIZA GERSHMAN, SEAN PORTER, MATTHEW KAPLAN, and CHANDRA LAW, On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> BAYER HEALTHCARE, LLC, a Delaware Limited Liability Company, <br><br> Defendant. | Case No. 3:14-cv-05332-HSG <br><br> **STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(A) AND FOR RETENTION OF JURISDICTION OVER ACTION TO ENFORCE SETTLEMENT** <br><br> Judge: Hon. Haywood S. Gilliam, Jr. |

IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a), by Plaintiffs on the one hand, and Defendants on the other hand, through their respective counsel of record, that the above-captioned action is dismissed with prejudice in its entirety, with each party

to bear its own attorneys' fees and costs.  The Parties have entered into a confidential settlement of this matter on an individual/non-class basis.  This settlement was prompted, in part, by the fact that the product that was the subject of the litigation is no longer on the market.  If, however, the Court desires to review the settlement agreement, the Parties will provide the Court with a copy of the Settlement Agreement for *in camera* review.

IT IS FURTHER STIPULATED by and between Plaintiffs and Defendants that the Court shall retain jurisdiction over this action following its dismissal for the sole purpose of enforcing the Parties' settlement.

Dated:  August 1, 2016	s/ *Patricia N. Syverson*
BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Patricia N. Syverson (CA SBN 203111)
Manfred P. Muecke (CA SBN 222893)
600 W. Broadway, Suite 900
San Diego, California 92101
psyverson@bffb.com
mmuecke@bffb.com
Telephone: (619) 798-4593

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Elaine A. Ryan (*Admitted Pro Hac Vice*)
2325 E. Camelback Rd. Suite 300
Phoenix, AZ 85016
eryan@bffb.com
Telephone: (602) 274-1100

BOODELL & DOMANSKIS, LLC
Stewart M. Weltman (*Admitted Pro Hac Vice*)
Max A. Stein (*Admitted Pro Hac Vice*)
mstein@boodlaw.com
One North Franklin, Suite 1200
Chicago, IL 60606
Telephone:  312-938-1670

SIPRUT PC
Joseph Siprut (*To be Admitted Pro Hac Vice*)
17 North State Street
Suite 1600
Chicago, IL 60602
Telephone: 312.236.0000

|  |  |
|---|---|
|  | HARKE CLASBY & BUSHMAN LLP<br>Lance A. Harke, P.A. (*To be Admitted Pro Hac Vice*)<br>lharke@harkeclasby.com<br>Sarah Clasby Engel, P.A. (*To be Admitted Pro Hac Vice*)<br>sengel@harkeclasby.com<br>Howard M. Bushman, P.A. (*To be Admitted Pro Hac Vice*)<br>hbushman@harkeclasby.com<br>9699 NE Second Avenue<br>Miami Shores, Florida 33138<br>Telephone: (305) 536-8220<br><br>*Attorneys for Plaintiffs* |
| Dated:  August 1, 2016 | /s/ *Ryan M. Sandrock*<br>Ryan M. Sandrock (SBN 251781)<br>rsandrock@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street<br>Suite 2000<br>San Francisco, California 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400<br><br>Eugene A. Schoon (*pro hac vice*)<br>eschoon@sidley.com<br>Kara L. McCall (*pro hac vice*)<br>kmccall@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>*Attorneys for Bayer HealthCare, LLC* |

### SIGNATURE CERTIFICATION

Pursuant to Rule 5-1(i)(3) of the United States District Court for the Northern District of California Local Rules, I hereby certify that the content of this document is acceptable to Ryan M. Sandrock, counsel for Defendant, and that I have obtained his authorization to affix his electronic signature to this document.

Dated:  August 1, 2016

　　　　　　　　　　　　　　　BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

　　　　　　　　　　　　　　　By: */s/ Patricia N. Syverson*
　　　　　　　　　　　　　　　　　　Patricia N. Syverson

2

STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(A) AND FOR RETENTION OF JURISDICTION OVER ACTION TO ENFORCE SETTLEMENT -- CASE NO. 3:14-CV-05332-HSG

1  PURSUANT TO STIPULATION, IT IS ORDERED:

(1) The above-captioned action is dismissed with prejudice in its entirety, with each party to bear its own attorneys' fees and costs.

(2) The Court shall retain jurisdiction over this action following its dismissal for the sole purpose of enforcing the Parties' settlement.

Dated:  August 4, 2016

Hon. Haywood S. Gilliam, Jr.
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2016 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic mail notice list, and I hereby certify that I have mailed the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 1, 2016.

/s/*Patricia N. Syverson*
Patricia N. Syverson (203111)
BONNETT FAIRBOURN FRIEDMAN
& BALINT
600 W. Broadway, Ste. 900
San Diego, CA  92101
(619) 798-4593

4

STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(A) AND FOR RETENTION OF JURISDICTION OVER ACTION TO ENFORCE SETTLEMENT -- CASE NO. 3:14-CV-05332-HSG